IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

At Huntington

**DUANE J. RUGGIER, II,**

      **Plaintiff,**

v.                                    **CIVIL ACTION NO. 3:13-cv-26640**
                                         **JUDGE CHAMBERS**

**WAL-MART STORES EAST, LP,**
**a limited partnership,**

      **Defendant.**

## AGREED ORDER MODIFYING SCHEDULING ORDER

On this day came the Plaintiff and moved the Court for an extension of time to file his response to the Defendant's Motion for Summary Judgment. The Plaintiff proposes extending the deadline from Friday September 12, 2014, to Wednesday September 17, 2014. The Plaintiff also proposes extending the Defendant's deadline for filing a reply brief from September 19, 2014, to September 24, 2014. The Defendant has no objection to the requested extension of time. The Court finds good cause for the modification of the Scheduling Order.

It is ORDERED that the Scheduling Order be modified as follows:

A.     The Plaintiff shall file his response to the Defendant's Motion for Summary Judgment on or before Wednesday, September 17, 2014.

B.     The Defendant shall file its reply brief, if any, on or before September 24, 2014.

The Clerk is directed to transmit copies of this order to all counsel of record.

It is so ORDERED this 15th day of September, 2014.

_____
ROBERT C. CHAMBERS, CHIEF JUDGE

Presented by:

/s/ THOMAS H. PEYTON, ESQUIRE
West Virginia State Bar No. 8841
PEYTON LAW FIRM, PLLC
2801 First Avenue, P.O. Box 216
Nitro, WV 25143
Telephone:  (304) 755-5556
Telefax:    (304) 755-1255
*Counsel for the Plaintiff*